# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In the matter of:** | **Case No.:** 04-31471-dof |
| Kathy L. Kelsey | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

     The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Nextel Communications Inc | 2 | 4 | Unsecured | 700921 | $241.36 |

Dated: February 3, 2010

                                                                                 /s/Carl L. Bekofske  
                                                          Carl L. Bekofske,  
                                                          Standing Chapter 13 Trustee  
                                                          510 W. Court Street  
                                                          Flint, MI 48503  
                                                          Telephone: (810) 238-4675  
                                                          Fax: (810) 238-4712  
                                                          Email: ECF@flint13.com  
                                                          P10645